RICHARD ZUCKERMAN, Cal. Bar No. 091104
ELEANOR MORTON, Cal. Bar No. 220407
LEONARD CARDER LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: 415 771 6400
Fax: 415 771 7010

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERS, MATES & PILOTS HEALTH & BENEFIT PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OSCAR NIEMETH TOWING, INC., a corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. C-04-03281 JSW <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO MOVE FOR ATTORNEYS' FEES** |

Plaintiffs, Masters, Mates & Pilots Health & Benefit Plan, Timothy A. Brown and Edward Morgan and Defendant, Oscar Niemeth Towing, Inc., through their respective attorneys, hereby stipulate as follows:

WHEREAS, on April 8, 2005, pursuant to Fed. R. Civ. P. 68, the Court entered judgment in the above-captioned matter "in favor of Plaintiffs Masters, Mates & Pilots Health & Benefit

1

STIPULATED REQUEST TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES
*MM&P Health and Benefit Plan, et al. v. Oscar Niemeth Towing, Inc., et al.*, USDC Northern C-04-03281 JSW

Plan, Timothy A. Brown and Edward Morgan and against Defendant Oscar Niemeth Towing, Inc. in the sum of $31,897.35 plus (1) interest lawfully owed on $20,547.35 in accordance with applicable provisions of the Trust Fund agreement, (2) all taxable costs up to and including March 22, 2005, and (3) reasonable attorneys' fees incurred up to and including March 22, 2005."

WHEREAS, the parties have reached agreement with regard to, *inter alia*, the amounts of attorneys' fees and costs owed by Defendant to Plaintiffs pursuant to said judgment and when such amounts will be paid (hereinafter, "the Agreement"), and are presently drafting a written document memorializing and describing terms of the Agreement;

WHEREAS, despite the efforts of counsel, the Agreement will not be finalized and executed before the end of the day on April 22, 2005;

WHEREAS, pursuant to N. Dist. Civ. L.R. 54-6(a) and Fed. R. Civ. P. 54(d)(2)(B), Plaintiffs' motion to the Court for attorneys' fees is due April 22, 2005;

WHEREAS, the anticipated successful execution of the Agreement will obviate the need for Plaintiffs to file a motion for attorneys' fees with the Court;

//
//
//
//
//
//
//

THEREFORE, pursuant to Local Rule 6-1(b), Plaintiffs and Defendant Oscar Niemeth Towing, Inc. HEREBY STIPULATE AND REQUEST that Plaintiffs have until May 6, 2005 to file a motion for attorneys' fees with the Court, if necessary.

Dated: 4/21/05

LEONARD CARDER, LLP

By: /s/ Eleanor Morton
Eleanor Morton

Attorneys for Plaintiffs Masters, Mates & Pilots Health & Benefit Plan, Timothy A. Brown and Edward Morgan

Dated: 4/21/05

THELEN, REID & PRIEST LLP

By: /s/ Deborah Schwartz
Deborah Schwartz

Attorneys Oscar Niemeth Towing, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 22, 2005

/s/ Jeffrey S. White
HON. JEFFREY S. WHITE
United States District Court Judge