RICHARD ZUCKERMAN, Cal. Bar No. 91104
ELEANOR MORTON, Cal. Bar No. 220407
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: 415 771 6400
Fax: 415 771 7010

Attorneys for Plaintiffs

KENT JONAS, Cal. Bar No. 55001
DEBORAH SCHWARTZ, Cal. Bar No. 208934
THELEN REID & PRIEST, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
Tel: 415 371 1200
Fax: 415 371 1211

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTERS, MATES & PILOTS HEALTH & BENEFIT PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OSCAR NIEMETH TOWING, INC., a corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. C-04-03281 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO AMEND JUDGMENT** |

The parties to the above-entitled action, plaintiffs Masters, Mates & Pilots Health & Benefit Plan; Timothy A. Brown in is capacity as Chairman of the Board of Trustees of the Masters, Mates & Pilots Health & Benefit Plan; and Edward Morgan in his capacity as

---

1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
*MM&P Health and Benefit Plan, et al. v. Oscar Niemeth Towing, Inc., et al., USDC Northern C-04-03281 JSW*

Secretary of the Board of Trustees of the Masters, Mates & Pilots Health & Benefit Plan and defendant Oscar Niemeth Towing, Inc., by and through their respective counsel of record, hereby stipulate and agree that the Judgment in above-entitled action entered on April 8, 2005 pursuant to Federal Rule of Civil Procedure 68, shall be and hereby is amended to conform to the parties' Settlement Agreement.

IT IS SO STIPULATED.

Dated: May 19, 2005

LEONARD CARDER, LLP
Richard Zuckerman
Eleanor Morton

By: /s/
Attorneys for Plaintiffs
MASTERS, MATES & PILOTS HEALTH & BENEFIT PLAN, et al.

Dated: May 19, 2005

THELEN, REID & PRIEST, LLP
Kent Jonas
Deborah Schwartz

By: /s/
Attorneys for Defendant
OSCAR NIEMETH TOWING, INC.

**ORDER**

IT IS SO ORDERED.

Dated: May 19, 2005

/s/ Jeffrey S. White
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE