1  RICHARD ZUCKERMAN, Cal. Bar No. 91104
   ELEANOR MORTON, Cal. Bar No. 220407
2  LEONARD CARDER, LLP
   1188 Franklin Street, Suite 201
3  San Francisco, CA 94109
   Tel: 415 771 6400
4  Fax: 415 771 7010
5
   Attorneys for Plaintiffs
6
7  KENT JONAS, Cal. Bar No. 55001
   DEBORAH SCHWARTZ, Cal. Bar No. 208934
8  THELEN REID & PRIEST, LLP
   101 Second Street, Suite 1800
9  San Francisco, CA 94105-3601
   Tel: 415 371 1200
10 Fax: 415 371 1211
11
   Attorneys for Defendant
12
13                 UNITED STATES DISTRICT COURT
14             FOR THE NORTHERN DISTRICT OF CALIFORNIA
15
16 MASTERS, MATES & PILOTS HEALTH &      )   Case No. C-04-03281 JSW
   BENEFIT PLAN, et al.,                 )
17                                        )
                Plaintiffs,               )   **AMENDED JUDGMENT**
18                                        )
19 v.                                     )
                                          )
20 OSCAR NIEMETH TOWING, INC., a          )
   corporation; and DOES 1-10, inclusive,)
21                                        )
                Defendants.               )
22 _____)
23
24
25        Pursuant to the stipulation of the parties, the Judgment entered on April 8, 2005 is hereby
26 amended as follows:
27        Judgment is entered for Plaintiffs Masters, Mates & Pilots Health & Benefit Plans, et al.
28                                          1

1   and against Defendant Oscar Niemeth Towing, Inc. in the amount of sixty-five thousand dollars

2   and no cents ($65,000.00) to be paid according to the terms of the Settlement Agreement between

3   the parties.

4

5   Dated: May 19         , 2005          /s/ Jeffrey S. White

6                                          Hon. Jeffrey S. White

7                                          UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] AMENDED JUDGMENT

*MM&P Health and Benefit Plan, et al. v. Oscar Niemeth Towing, Inc., et al., USDC Northern C-04-03281 JSW*